NO. 2012 F 0232

STATE OF TEXAS

v.

BOBBY JAY KENNEDY

FILED FOR RECORD
CASS COUNTY, TEXAS
FILED IN
IN THE DISTRICT COURT OF APPEALS
2015 TEXARKANA, TEXAS
OF CASS COUNTY, TEXAS 8:58 AM
JAMIE ALDERSON
DEBBIE AUTREY
DISTRICT Clerk
5TH JUDICIAL DISTRICT
BY_____DEPUTY

## NOTICE OF APPEAL

COMES NOW Defendant, Bobby Jay Kennedy, and files this his notice of appeal to the Sixth District Court of Appeals of the conviction in Cause No. 2012 F 0232 on June 25, 2015.

Respectfully submitted,

Alwin A. Smith
TBN: 18532200
al@alwinsmith.com
602 Pine Street
Texarkana, Texas 75501
903/792-1608
903/792-0899 Fax

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing Notice of Appeal has been forwarded to Mr. Randal Lee, 604 North Highway 8, Linden, Texas 75563, on this the _____ day of September 2015.

Alwin A. Smith